# Court of Appeals
# of the State of Georgia

ATLANTA,_ August 11, 2025_____

*The Court of Appeals hereby passes the following order:*

**A26A0031.  MILES v. LAFAYETTE STATE BANK.**

Upon consideration of Appellant Phillip Miles's motion for permission to withdraw his appeal, said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,_ 08/11/2025_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*